USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :
TONIN GJURAJ,
                                                :
           Petitioner,           :          07 Civ. 7959 (WHP)

      -against-            :          ORDER

ATTORNEY GENERAL            :
PETER KEISLER et al.,

        Respondents.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       For the reasons set forth on the record on September 14, 2007, Petitioner's application is denied. The Clerk of Court is directed to mark this case closed.

Dated: October 24, 2007
      New York, New York

                                  SO ORDERED:

                                WILLIAM H. PAULEY III
                                     U.S.D.J.

*Copy mailed to:*

Michael P. DiRaimondo, Esq.
DiRaimondo & Masi, LLP
401 Broadhollow Road
Suite 302
Melville, NY 11747
*Counsel for Petitioner*